UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80005-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DANNY JAVIER GARCIA-RUILOVA**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 44]. On February 8, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 32] during which Defendant pled guilty to Count 3 of the Indictment [ECF No. 20] pursuant to a written plea agreement and factual proffer statement [ECF No. 36]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 3 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count 3 of the Indictment [ECF No. 20]. No objections to the Report have been filed.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Danny Javier Garcia-Ruilova** as to Count 3 of the Indictment is **ACCEPTED**.

CASE NO. 23-80005-CR-CANNON

3. Defendant **Danny Javier Garcia-Ruilova** is adjudicated guilty of Count 3 of the Indictment, which charges him with attempted illegal reentry into the United States after removal or deportation, in violation of 8 U.S.C. § 1326(a) [ECF No. 20].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of February 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record